# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PALTALK HOLDINGS, INC. | § | |
| | § | |
| vs. | § | CASE NO. 2:09-CV-274-DF-CE |
| | § | |
| SONY COMPUTER ENTERTAINMENT | § | |
| AMERICA INC., ET AL. | § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 150), which contains his recommendation that the court deny the defendants Sony Corporation's and Sony Corporation of America's motion to dismiss (Dkt. No. 52), and instead treating it as a motion for a more definite statement, has been presented for consideration. No objections were filed to the report and recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts, in its entirety, the report of the United States Magistrate Judge as the conclusions of this court. Accordingly, the plaintiff shall file its amended complaint within ten days.

**SIGNED this 1st day of September, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE